IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Paul and Jane Johnston
d/b/a Dixie Craft Trailers, Inc.

CASE NO. 10-14447

## APPLICATION TO SELL AT PRIVATE SALE

COMES NOW, Alex B. Gates, the duly appointed qualified and acting Trustee in the above styled and numbered cause, who would respectfully state and show unto this Court the following, to-wit:

1.

That part of the assets of this estate coming into the constructive possession of the Trustee consists of certain real property described in Exhibit "A", attached hereto and made a part hereof.

2.

That an informal appraisal was made of the subject property by Mike Brooks, a registered appraiser based in Starkville, MS, who appraised the property at a value of Ten Thousand ($10,000.00) and no/100 Dollars.

3.

That your Trustee would represent to this Court that an offer has been received for this property from BankFirst, c/o Hon. Charles E. Winfield, 224 East Main Street, Starkville, MS, in the amount of $10,000.00, cash.

4.

That your Trustee believes, and so represents to this Court, that this offer is fair and reasonable and that it would be to the best interest to creditors in this matter to sell the above described property to BankFirst, for the amount of Ten Thousand ($10,000.00) and no/100 dollars, cash.

WHEREFORE, PREMISE CONSIDERED, Applicant prays that this Court set a time, date and place for the hearing of this matter and that after "Notice and Hearing" your Trustee be authorized, empowered, and directed to sell and convey to BankFirst, the property described in Exhibit "A" hereto for the total amount of $10,000.00, cash. That liens, if any, attach to the proceeds of this sale.

The Trustee further requests that he be authorized to execute such deeds and/or documents necessary to complete this sale.

**RESPECTFULLY SUBMITTED** on this the 28th day of September, 2011.

_____
ALEX B. GATES, TRUSTEE
P. O. BOX 216
118 NORTH COURT SQUARE
SUMNER, MS 38957

### Legal Description- Lots 1, 1 ½, 2, 2 ½, 3 and Lot 4, Block 5, Adams Survey, City of Eupora, Mississippi

Being all of Lot 1, 1 ½, 2, 2 ½, 3 and Lot 4, all in Block 5, Adams Survey of the City of Eupora, Mississippi and being more particularly described as follows:

Commencing at an iron pin set at the Southwest Corner of Lot 1 of Block 5; said point also being the POINT OF BEGINNING of the parcel herein described. From said POINT OF BEGINNING run South 87 degrees 51 minutes 47 seconds East along the south line of Lots 1, 1 ½, 2, 2 ½ and Lot 3 for a distance of 200.00 feet to an iron pin set at the Southeast corner of Lot 3; thence North 02 degrees 08 minutes 13 seconds East along the east line of Lots 3 and 4 for a distance of 100.00 feet to an iron pin set at the Northeast corner of Lot 4; thence North 87 degrees 51 minutes 47 seconds West along the north line of Lots 4, 2 ½, 2, 1 ½ and Lot 1 for a distance of 200.00 feet to an iron pin set at the Northwest corner of Lot 1; thence South 02 degrees 08 minutes 13 seconds West along the west line of Lot 1 for a distance of 100.00 feet to the POINT OF BEGINNING. Said parcel being all of Lots 1, 1 ½, 2, 2 ½, 3 and Lot 4, Block 5 of the Adams Survey of the City of Eupora, Mississippi and contains 0.46 acres.

And also

Being the west half of Lot 7, Block 5, Adams Survey of the City of Eupora, Mississippi and being more particularly described as follows:

Commencing at an iron pin set at the Southwest Corner of Lot 1 of Block 5; run North 02 degrees 08 minutes 13 seconds East along the west line of Lots 1, 5 and 6 for a distance of 200.00 feet to an iron pin set at the Southwest corner of Lot 7 and also being the POINT OF BEGINNING of the parcel herein described. From said POINT OF BEGINNING run South 87 degrees 51 minutes 47 seconds East along the south line of Lot 7 for a distance of 100.00 feet to a point; thence North 02 degrees 08 minutes 13 seconds East for a distance of 50.00 feet to an iron pin set; thence North 87 degrees 51 minutes 47 seconds West along the north line of Lot 7 for a distance of 100.00 feet to an iron pin set at the Northwest corner of Lot 7; thence South 02 degrees 08 minutes 13 seconds West along the west line of Lot 7 for a distance of 50.00 feet to the POINT OF BEGINNING. Said parcel being the west half of Lot 7, Block 5 of the Adams Survey of the City of Eupora, Mississippi and contains 0.11 acres.

Thomas Allen, PLS 2820
PLS-02820

9-22-11

Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Paul and Jane Johnston   CASE NO. 10-14447
d/b/a Dixie Craft Trailers, Inc.

**ORDER AUTHORIZING TRUSTEE TO SELL AT PRIVATE SALE**

THIS CAUSE having come on to be heard upon the Application to Sell at Private Sale filed by Alex B. Gates, the duly appointed qualified and acting Trustee in the above styled and numbered cause, and this Court having considered said Application hereby finds as follows, to-wit:

1.

That part of the assets of this estate coming into the constructive possession of the Trustee consists of certain real property described in Exhibit "A", attached hereto and made a part hereof.

2.

That an informal appraisal was made of the subject property by Mike Brooks, a registered appraiser based in Starkville, MS, who appraised the property at a value of Ten Thousand ($10,000.00) and no/100 Dollars.

3.

That an offer has been received for this property from BankFirst, c/o Hon. Charles E. Winfield, 224 East Main Street, Starkville, MS, in the amount of $10,000.00, cash.

4.

That this Court finds this offer to be fair and reasonable and that it would be to the best interest to creditors in this matter to sell the above described property to BankFirst for the amount of Ten Thousand and no/100 ($10,000.00) Dollars, cash.

5.

That proper notice was given to all parties in this matter and that the time for filing objections has passed and no objections or responses were filed with this Court nor lodged with the Trustee.

NOW THEREFORE, be it ordered, adjudged and decreed that Alex B. Gates, as Trustee, is hereby authorized, empowered, and directed to sell and convey to BankFirst, the property described hereinabove for the total amount of $10,000.00, cash, and that liens, if any, attach to the proceeds of this sale.

Be it further ordered, adjudged, and decreed that Alex B. Gates, as Trustee, is hereby authorized, empowered, and directed to execute such deeds and/or other documents as may be necessary to complete this sale.

**ORDERED, ADJUDGED, and DECREED** on this the ____ day of _____, 2011.

_____
**BANKRUPTCY JUDGE**

### Legal Description- Lots 1, 1 ½, 2, 2 ½, 3 and Lot 4, Block 5, Adams Survey, City of Eupora, Mississippi

Being all of Lot 1, 1 ½, 2, 2 ½, 3 and Lot 4, all in Block 5, Adams Survey of the City of Eupora, Mississippi and being more particularly described as follows:

Commencing at an iron pin set at the Southwest Corner of Lot 1 of Block 5; said point also being the POINT OF BEGINNING of the parcel herein described. From said POINT OF BEGINNING run South 87 degrees 51 minutes 47 seconds East along the south line of Lots 1, 1 ½, 2, 2 ½ and Lot 3 for a distance of 200.00 feet to an iron pin set at the Southeast corner of Lot 3; thence North 02 degrees 08 minutes 13 seconds East along the east line of Lots 3 and 4 for a distance of 100.00 feet to an iron pin set at the Northeast corner of Lot 4; thence North 87 degrees 51 minutes 47 seconds West along the north line of Lots 4, 2 ½, 2, 1 ½ and Lot 1 for a distance of 200.00 feet to an iron pin set at the Northwest corner of Lot 1; thence South 02 degrees 08 minutes 13 seconds West along the west line of Lot 1 for a distance of 100.00 feet to the POINT OF BEGINNING. Said parcel being all of Lots 1, 1 ½, 2, 2 ½, 3 and Lot 4, Block 5 of the Adams Survey of the City of Eupora, Mississippi and contains 0.46 acres.

And also

Being the west half of Lot 7, Block 5, Adams Survey of the City of Eupora, Mississippi and being more particularly described as follows:

Commencing at an iron pin set at the Southwest Corner of Lot 1 of Block 5; run North 02 degrees 08 minutes 13 seconds East along the west line of Lots 1, 5 and 6 for a distance of 200.00 feet to an iron pin set at the Southwest corner of Lot 7 and also being the POINT OF BEGINNING of the parcel herein described. From said POINT OF BEGINNING run South 87 degrees 51 minutes 47 seconds East along the south line of Lot 7 for a distance of 100.00 feet to a point; thence North 02 degrees 08 minutes 13 seconds East for a distance of 50.00 feet to an iron pin set; thence North 87 degrees 51 minutes 47 seconds West along the north line of Lot 7 for a distance of 100.00 feet to an iron pin set at the Northwest corner of Lot 7; thence South 02 degrees 08 minutes 13 seconds West along the west line of Lot 7 for a distance of 50.00 feet to the POINT OF BEGINNING. Said parcel being the west half of Lot 7, Block 5 of the Adams Survey of the City of Eupora, Mississippi and contains 0.11 acres.

Thomas Allen, PLS 2820
PLS-02820

9-22-11

Exhibit "A"

P:\3400-3499\3430\3430-legals-dixiecraft.doc